■ B.E.N. Trading Corp., Plaintiff, v Shirley Import, Inc., et al., Defendants/Third-Party Plaintiffs-Appellants. Binyamin Abadi et al., Third-Party Defendants-Respondents. [890 NYS2d 323]

Defendants' failure to offer a reasonable excuse for their noncompliance with discovery demands, court orders and the court's rules gives rise to an inference of willful and contumacious conduct (*Siegman v Rosen*, 270 AD2d 14, 15 [2000]). The striking of their answer and third-party complaint was a proper exercise of judicial discretion in light of such conduct (CPLR 3126; *see Kihl v Pfeffer*, 94 NY2d 118, 123 [1999]). Concur—Sweeny, J.P., Catterson, Renwick, Freedman and Abdus-Salaam, JJ.